Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Summer M. Smith, SBN 214251
E-mail: summer.smith@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:  415.352.2701

Attorneys for Defendant
Valkyrie Enterprises

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONNIE BROYLES,<br><br>    Plaintiff,<br><br>vs.<br><br>VALKYRIE ENTERPRISES, *et al.*,<br><br>    Defendants. | No. 2:20-cv-06538-FMO-JEMx<br><br>**ORDER ON STIPULATION [13] DISMISSING ACTION** |

The parties having stipulated to dismissal of this action with prejudice pursuant to F.R.Civ.P. 41(a),

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: February 19, 2021     /s/ Fernando M. Olguin.
                 United States District Judge

4845-2051-0941.1

*****